# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

RICK J. BYE,

    Plaintiff,

v.                                        Case No: 5:16-cv-298-Oc-30PRL

CONVERGENT OUTSOURCING, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulated Order Dismissing Action With Prejudice Without Costs or Fees to Either Party (Dkt. #9). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of September, 2016.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record